UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1051
(1:21-cv-00309-ELH)

_____

In re: MICHAEL R. WHITE

          Petitioner

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Date Petition Filed: | 01/13/2026 |
| Petitioner(s) | Michael R. White |
| Appellate Case Number | 26-1051 |
| Case Manager | R. Phillips<br>804-916-2702 |