UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 14, 2026

_____

DOCKET CORRECTION NOTICE

_____

No. 26-1051, <u>In re: Michael White</u>
1:21-cv-00309-ELH

TO: Michael R. White

CERTIFICATE DUE: January 26, 2026

Under FRAP 21(a)(1), you must serve your petition for writ of mandamus on:

| [ XX ] the trial court judge (**Note: Service on the district court is not sufficient. The petition must be served on the individual judge the action is being sought against.**) |
|---|
| [ ] all parties to the action in the trial court |

Please serve your petition as indicated above and file the attached certificate of service with the court of appeals by the due date shown.

R. Phillips, Deputy Clerk
804-916-2702

_____

## CERTIFICATE OF SERVICE
_____

No. 26-1051,   <u>In re: Michael White</u>
             1:21-cv-00309-ELH

I certify that my petition for writ of mandamus / prohibition was served as follows:

(provide date of service) _____

(select manner of service) [   ] by mail; [   ] by commercial carrier; [   ] in person

(provide name(s) and address(es) of trial court judge and/or parties served):

_____

_____

_____

_____

_____

_____

_____

_____                    _____
Signature                                   Date