## CERTIFICATE OF SERVICE

**No. 26-1051, In re: Michael R. White**
**1:21-cv-00309-ELH**

RECEIVED
2026 JAN 28 P 12: 44
U.S. COURT OF APPEALS
FOURTH CIRCUIT

I certify that on January 28, 2026, I served a true and correct copy of the Petition for Writ of Mandamus in the above-captioned matter upon the following:

The Honorable Ellen L. Hollander
United States District Judge
District Court for the District of Maryland

Service was accomplished by personal delivery to the Clerk's Office for the United States District Court for the District of Maryland, Southern Division, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, for routing to the Chambers of the Honorable Ellen L. Hollander.

_/s/ Michael R. White_
Michael R. White
Date: January 28, 2026

## CERTIFICATION OF INCLEMENT WEATHER RELIANCE

In computing the filing and service dates in this certificate, I have relied upon an extension of time due to the inaccessibility of the Clerk's Office of the United States Court of Appeals for the Fourth Circuit and the Clerk's Office of the United States District Court for the District of Maryland due to inclement weather (snow) on January 26 and January 27, 2026, as required by Fourth Circuit Local Rule 26 (State Holidays and Inclement Weather).

_/s/ Michael R. White_
Michael R. White
Date: January 28, 2026