**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

No. 26-1051, 26-1054

---

**ASHLEY BOSHEA, Administrator of the Estate of David J. Boshea**

*Plaintiff-Appellee*,

v.

**COMPASS MARKETING, INC.**

*Defendant-Appellant*

and

**MICHAEL R. WHITE**

*Movant-Appellant*

---

## NOTICE OF ENTRY OF APPEARANCE

Please take note that undersigned counsel, Stephen B. Stern, of Kagan Stern Marinello & Beard, LLC, is entering his appearance as counsel only with respect to the appeal filed by Michael R. White appealing the decision of the United States District Court for the District of Maryland that denied his motion for sanctions (and any other filings Michael R. White made related to his motion for sanctions). Although it is not entirely clear, it appears that Michael R. White's appeal is directed at Stephen B. Stern and John White, individuals who were not parties to the underlying action, and possibly Compass Marketing, Inc. ("Compass Marketing"). Undersigned counsel's entry of appearance will be on behalf of each person/entity opposing Michael R. White's appeal.

Although Stephen B. Stern was counsel for Compass Marketing in the underlying action before the District Court, Mr. Stern's entry of appearance in this appeal is limited only to contesting Michael R. White's appeal and is not to prosecute the appeal filed by Compass Marketing (which undersigned counsel understands has been assigned Case No. 26-1042).

Dated: January 28, 2026

Respectfully submitted,

*/s/Stephen B. Stern*
Stephen B. Stern
KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, Maryland 21401
(Phone): (410) 216-7900
(Fax): (410) 705-0836
Email: stern@kaganstern.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of January, 2026, the foregoing Notice of Entry of Appearance was served via the CM/ECF system on the following counsel of record:

Thomas J. Gagliardo
Gilbert Employment Law, PC
1100 Wayne Avenue, Suite 900
Silver Spring, Maryland 20910
Email: tgagliardo@gelawyer.com

and

Gregory J. Jordan
Mark Zito
Jordan & Zito, LLC
350 N. LaSalle Drive, Suite 1100
Chicago, Illinois 60654
Email: gjordan@jz-llc.com

*Attorneys for Plaintiff/Appellee
David Boshea*

And on the 29th day of January, 2026, the foregoing Notice of Entry of Appearance also was served by email and United States Mail, postage prepaid, on the following:

Michael R. White
39650 Hiawatha Circle
Mechanicsville, Maryland 20659
Email: Michaelrwhite@comcast.net

> */s/ Stephen B. Stern*
> Stephen B. Stern